# EXHIBIT A

## VERIFIED RETURN OF SERVICE

State of Florida             County of Hernando              County Court

Case Number: 19001464SCAXMX   Court Date: 9/4/2019   11:45 am

Plaintiff:
**MARY ANN BERGERON**

vs.

Defendant:
**US BANK N.A DBA ACG CARD SERVICES**

For:
Michael A. Ziegler, Esq.
LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.
2561 Nursery Rd., Ste A
Clearwater, FL 33764

Received by Robert L. Jones, Inc on the 24th day of July, 2019 at 11:30 am to be served on **U.S. BANK N.A DBA ACG CARD SERVICES, 425 WALNUT STREET, CINCINATTI, OH 45202**.

I, Valentina Dorning, being duly sworn, depose and say that on the **24th day of July, 2019 at 1:50 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE   9/4/2019  1:45 AM, PLAINTIFF'S STATEMENT OF CLAIM**, with the date and hour of service endorsed thereon by me, to: Mishel Yanik as Authorized **Agent** for **U.S. BANK N.A DBA ACG CARD SERVICES**, at the address of: **425 WALNUT STREET, CINCINATTI, OH 45202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5-04, Weight: 135, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Private Investigator, authorized to serve process in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of July, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

N DALE DORNING
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES

Valentina Dorning
Process Server

Robert L. Jones, Inc
P.O. Box 6415
Clearwater, FL 33758-6415
(727) 442-9269

Our Job Serial Number: RLJ-2019010416

Filing # 92343104 E-Filed 07/10/2019 03:25:32 PM

IN THE COUNTY COURT IN AND FOR HERNANDO COUNTY, FLORIDA

MARY ANN BERGERON

    Plaintiff,

vs.

US BANK, N.A. d/b/a ACG CARD SERVICES
    Defendant.
_____/

CASE NO. 19001464SCAXMX

Defendant to be served at:
US Bank, N.A. d/b/a ACG Card Services
425 Walnut Street
Cincinnati, OH 45202

## SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S):

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Hernando County Courthouse, 20 Main Street, Brooksville, Florida, on the __4__ day of __Sept.__, 20__19__, at __11:45 AM__ p.m. for a PRE-TRIAL CONFERENCE before a judge of this court.

IMPORTANT – READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the Plaintiff(s) of the Defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person of company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the Defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the Defendant(s) sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the Defendant(s), believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request to transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the Complaint shall be served with this Summons.

DATED at Brooksville, Hernando County, Florida, this 15 day of July, 2019.

Doug Chorvat Jr.
CLERK OF THE COURT

By: Elizabeth Markides
Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Hernando County Courthouse, 20 North Main Street, Brooksville, Florida 34601, Telephone (352) 754-4402, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.