# EXHIBIT B

# RAUSCH STURM
Attorneys At Law

5801 Ulmerton Rd, Suite 201  
Clearwater, FL 33760-3951

Toll Free: (877) 215-2552 TTY: 711  
Fax: (877) 396-4464  
Lawfirm@rsieh.com  
www.rauschsturm.com

August 2, 2019

MARY ANN BERGERON  
█████ FLORALTON DR  
SPRING HILL FL 34610-1307

Re: MARY ANN BERGERON  
Creditor to Whom the Debt is Owed: U.S.Bank National Association dba as ACG Card Services  
Our File Number: 3841483  
Account #: ************4664  
Account Balance: $21,072.05

Dear MARY ANN BERGERON:

    The above account has been referred to this office. The amount due as of the date of this letter is $21,072.05. Any payments you make on the account should be directed to our office at **250 North Sunnyslope Road, Suite 300, Brookfield, WI 53005**. Checks or money orders should be made payable to U.S.Bank National Association. Payments can be mailed, made by telephone or made at our website. You can also review information regarding your account at our website. Our website address is https://www.rauschsturm.com.

    This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receipt of this letter that you dispute the validity of the debt or any portion thereof, we will obtain verification of the debt or a copy of a judgment, if any, and mail you a copy of such verification or judgment. Upon your written request within 30 days after receipt of this letter we will provide the name and address of the original creditor, if different from the current creditor.

    If you have any questions, please contact us by writing to the address listed above or by calling us at the telephone number listed above.

Yours truly, RAUSCH STURM



- DA D071819

*Rausch Sturm is the trade name for Rausch, Sturm, Israel, Enerson & Hornik LLP*